| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Steve Burnell<br>SulmeyerKuptez<br>333 S. Grand Ave.<br>Suite 3400<br>Los Angeles, CA 90071<br><br>213-626-2311<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Spectrum Link, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16403-VZ<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 2:22-ap-01038-VZ |
|---|---|
| Howard M Ehrenberg, solely in his capacity as Chapter 7 Trustee<br><br><br>Plaintiff(s)<br>Versus<br><br>Dianna Mayfield, an individual and in her capacity as Proposed Administrator for the Probate Estate of Bernard K. Mayfield<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **03/14/2022.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
- **Date:** April 21, 2022
- **Time:** 10:30 AM
- **Hearing Judge:** Vincent P. Zurzolo
- **Location:** 255 E Temple St., Crtrm 1368, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                      Page 1                      **F 7004-1.SUMMONS.ADV.PROC**

Case 2:22-ap-01038-VZ    Doc 2    Filed 02/11/22    Entered 02/11/22 14:28:56    Desc
Main Document      Page 1 of 8

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>February 10, 2022</u>

By: <u>"s/" Shemainee Carranza</u>

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016         Page 2         **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Howard M Ehrenberg, solely in his capacity as Chapter 7 Trustee | Dianna Mayfield, an individual and in her capacity as Proposed Administrator for the Probate Estate of Bernard K. Mayfield<br>Angel Toney, an individual<br>Brandi Mayfield, an individual<br>Takera Mayfield, an individual<br>Brianna Smith, an individual<br>Jaylin Smith, an individual<br>Jasmine Archie, as Parent and Natural Guardian of S.M., a Minor Child<br>Iris Berdugo, as Parent and Natural Guardian of B.M.M., a Minor Child<br>Marilyn M Adjangba, in her capacity as Proposed Administrator for the Estate of Bernard K. Mayfield<br>Rosalina G Frank, an individual<br>Richard Frank, an individual<br>Andrade Financial, a California corporation<br>Does 1–30 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
*Date*                       *Printed Name*                                                *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* **F 7004–1.SUMMONS.ADV.PROC**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy (1) of the foregoing document entitled: 1 **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (3) the accompanying pleading(s) entitled:

2. COMPLAINT FOR: (1) CONVERSION; (2) BREACH OF FIDUCIARY DUTY; (3) QUIET TITLE; (4) DECLARATORY RELIEF; (5) IMPOSITION OF CONSTRUCTIVE TRUST; (6) IMPOSITION OF RESULTING TRUST; AND (7) TURNOVER OF ESTATE PROPERTY UNDER 11 U.S.C. § 542;

3. ORDER SETTING PROCEDURES FOR ADVERSARY PROCEEDING STATUS CONFERENCES; and

4. NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1 AND RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* February 11, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steve Burnell on behalf of Plaintiff Howard M Ehrenberg, solely in his capacity as Chapter 7 Trustee
sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On *(date)* February 11, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on *(date)* February 11, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1360
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2022 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL**:

**Defendants:**

Bernard K. Mayfield
712 S. Lost Canyon Road
Anaheim, CA 92808

Dianna Marie Mayfield,
individually and as Proposed Administrator
for the Probate Estate of Bernard K. Mayfield
6304 Decker Drive, Bldg. 202
Baytown, TX 77520

Dianna Marie Mayfield,
individually and as Proposed Administrator
for the Probate Estate of Bernard K. Mayfield
6304 Decker Drive, Apt. 104
Baytown, TX 77520

Angel Toney
1939 W. 145th Street, Apt. 4
Gardena, CA 90249

Brandi Mayfield
4654 Pimenta Avenue
Lakewood, CA 90712

Takera Mayfield
1348 Spectrum
Irvine, California 92618

Brianna Smith
1632 E. 123rd Street
Los Angeles, CA 90059

Jaylin Mayfield
11724 216th Street
Lakewood, CA 90716

Jasmine Archie,
As Parent and Natural Guardian of S.M.
18695 Seabiscuit Run
Yorba Linda, CA 92886

Iris Berdugo,
as Parent and Natural Guardian of B.M.M.
12730 Queensborough Street
Cerritos, CA 90703

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*   Page 3   **F 7004-1.SUMMONS.ADV.PROC**

Marilyn M. Adjangba,
as Proposed Administrator for the
Probate Estate of Bernard K. Mayfield
3041 Norton Lane
Wahawa, Hawaii 96786

Marilyn M. Adjanbga
as Proposed Administrator for the
Probate Estate of Bernard K. Mayfield
4612 Cow Pens Street, Unit A
Fort Irwin, CA 92310

Andrade Financial
Agent for Service of Process: John Andrade
1159 Larsen Ct
San Dimas, CA 91773

Rosalina G. Frank
240 S. Calle Dana
Anaheim Hills, CA 92807

Richard Frank
240 S. Calle Dana
Anaheim Hills, CA 92807

Public Administrator
401 Civic Center Drive West
Santa Ana, CA 92705

**Attorneys:**

Richard & Rosalina G. Frank
c/o Castro Law, P.C.
Attn: Loren J. Castro, Esq.
377 E. Chapman Ave., Suite 220
Placentia, CA 92870
Email: loren@castrolawpc.com

Richard & Rosalina G. Frank
c/o Charles W. Daff, APC
Attn: Charles W. Daff, Esq.
2701 N. Broadway, Suite 308
Santa Ana, CA 92706
Email: charleswdaff@attorney.attys.pro

Iris Berdugo,
as Parent and Natural Guardian of B.M.M.
c/o Equire Law Group
Attn: Samuel J. Mamola, Esq.
37 Foxtail Lane, Suite 250
Dove Canyon, CA 92679
Email: sam@estateplanningsocal.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 7004-1.SUMMONS.ADV.PROC**

Marilyn M. Adjanbga,
as Proposed Administrator for the
Probate Estate of Bernard K. Mayfield
c/o Law Offices of Wilma R. Shanks
Attn: Wilma R. Shanks, Esq.
1502 North Broadway
Santa Ana, CA 92706-3907
Email: wshankslaw@gmail.com

Dianna Marie Mayfield,
individually and as Proposed Administrator
for the Probate Estate of Bernard K. Mayfield
c/o The Law Office of Lemuel B. Makupson, APC
Attn: Lemuel B. Makupson, Esq.
680 E Alosta Ave, Ste 106
Azusa, CA 91702
Email: lbmlaw7775@gmail.com